## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMOTHY J. DWYER,<br><br>      Plaintiff,<br><br>      v.<br><br>CAPITAL INVESTORS MANAGEMENT LLC, and SHUVAM BHAUMIK and VIRJU PATEL,<br><br>      Defendants. | Civil Action No.:<br><br><br>**NOTICE OF APPEARANCE OF YOSTINA MISHRIKY, ESQ.** |

**PLEASE TAKE NOTICE** that Yostina Mishriky, Esq. of the law firm of Genova Burns, LLC hereby enters her appearance in this action as counsel for Plaintiff, Timothy Dwyer in the above captioned matter.

                                                                        **GENOVA BURNS LLC**

By:    */s/ Yostina Mishriky*
           Yostina Mishriky
           494 Broad Street
           Newark, New Jersey 07102
           973-533-0777
           973-533-1112 (fax)
           ymishriky@genovaburns.com

Dated:  January 25, 2023

16874417v1 (24218.002)